IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO.: 1:05cr36-SPM

PATRICK JACKSON,
             Defendant.
_____/

**ORDER DIRECTING DEFENDANT TO FILE REPORT UNDER SEAL
AND PROVIDE A COPY TO THE GOVERNMENT**

This cause comes before the Court on Defendant Patrick Trent Jackson's notice to court regarding competency evaluation (doc. 210). Defendant shall fax a copy of the report to the Court (352-380-2414) for filing under seal and provide a copy to the Government in accordance with 18 U.S.C. § 4247(c).

The Court will review the report and make a competency determination. Unless a hearing is requested by the parties, the competency determination will be made without a hearing. See Cheely v. United States, 367 F.2d 547, 548-49 (5th Cir. 1966) (hearing on issue of defendant's mental competence is not required when the report indicates that the defendant is competent); United States v. Jones, 23 F.3d 1307, 1309 (8th Cir. 1994) (same).

SO ORDERED this 25th day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge