IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 1:05cr36-SPM

PATRICK JACKSON,

       Defendant.
_____/

## ORDER OF COMPETENCY

THIS CAUSE comes before the Court for review of the forensic report of Defendant's psychological evaluation (doc. 212) conducted pursuant to 18 U.S.C. § 4247. In the report, the psychologist provides a detailed summary of his evaluation of Defendant and concludes that Defendant is competent to stand trial.

Having reviewed the report, the Court agrees with the psychologist's conclusion and makes a finding that Defendant is competent. All reasonable doubts have been dispelled as to Defendant's ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

SO ORDERED this 28th day of September, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge