IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 1:05cr36 SPM

PATRICK JACKSON
_____/

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to Count 1 of the Indictment.

IT IS ORDERED that the Defendant is acquitted and discharged as to Count 1.

DONE AND ORDERED this  4th  day of October, 2007.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge